**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 731 MAL 2018

:

Respondent              :

:   Petition for Allowance of Appeal from

:   the Order of the Superior Court

v.                    :

:

:

NICKALAUS B. STOUTZENBERGER,    :

:

Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 29th day of April, 2019, the Petition for Allowance of Appeal is

**DENIED**.